STATE OF NEW JERSEY v. JIMMIE LEE ALLEN, JR.

May 31, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. THEODORE SPANOS.

May 31, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. BRENT R. DE GEORGE.

May 31, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JEFFREY GEROME MILLER.

May 31, 1983.

Petition for certification denied.

JOYCE PERRIN v. WILLIE PERRIN.

May 31, 1983.

Petition for certification denied.